IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SIDRA BARKLEY, individually
and on behalf of all others
similarly situated,

      Plaintiff,

v.                                        Case No. 5:22-cv-62-MW/MJF

DIVERSIFIED MAINTENANCE
SYSTEMS, LLC, a foreign for profit
corporation,

      Defendant.
_____/

**JUDGMENT**

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                              JESSICA J. LYUBLANOVITS,
                                              CLERK OF COURT

June 23, 2022                      s/ Jeremy Wright
DATE                                     Deputy Clerk